**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 25-cv-499 ) ) |
| LARRY G. LOWE, | ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff, the United States of America, through its undersigned attorneys, alleges the following against Defendant Larry G. Lowe:

### INTRODUCTION

1. The United States of America brings this action for a permanent injunction and other equitable relief pursuant to 18 U.S.C. § 1345, to enjoin the ongoing commission of criminal mail fraud in violation of 18 U.S.C. § 1341. The United States seeks to prevent continuing and substantial injury to the victims of fraud.

2. Beginning in October 2022 or earlier and continuing to the present, Defendant has engaged in the advertisement and sale of counterfeit United States Postal Service ("USPS") First-Class Mail Forever stamps. Defendant purchases customer address lists from marketing websites and sends order forms through the United States Postal Service to prospective customers in various states advertising First Class Forever stamps for $0.25 each[1] plus $5.00 shipping. Defendant ships counterfeit USPS First-Class Mail Forever stamps to customers who return the order form with payment.

---

[1] As of July 2022, the cost for genuine USPS First-Class Mail Forever stamps was $0.60, which increased to $0.63 in January 2023, $0.66 in July 2023, $0.68 in January 2024, and $0.73 in July 2024.

3.  On January 4, 2023, law enforcement agents with the United States Postal Inspection Service visited Defendant at his home and advised him that the stamps he is selling are counterfeit.

4.  Despite this warning, Defendant has persisted in this fraudulent scheme by knowingly continuing to sell counterfeit stamps through USPS mail.

## JURISDICTION AND VENUE

5.  The Court has jurisdiction over the cause of action alleged in this complaint pursuant to 28 U.S.C. §§ 1331 and 1345.

6.  Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(1) and (2).

## PARTIES

7.  Plaintiff is the United States of America.

8.  Defendant Larry G. Lowe is an individual who resides in Madison County, Illinois, which lies within this judicial district pursuant to 28 U.S.C. § 93(c).

## FRAUDULENT SCHEME

9.  Beginning in October 2022 or earlier and continuing to the present, Defendant has devised a scheme or artiface to defraud in violation of 18 U.S.C. § 1341 and executed that scheme using the USPS mail.

10. In October 2022, the United States Postal Inspection Service ("USPIS") learned that Larry Lowe of Granite City, Illinois, was mailing through the USPS flyers around the country advertising USPS First-Class Mail Forever stamps for $0.25 each.

11. On or about November 3, 2022, USPIS Inspector Kevin Gorham, using a fictional name and address, transmitted by USPS mail a completed order form to Defendant and enclosed a $30.00 Postal Money Order.

12. On or about November 14, 2022, Inspector Gorham retrieved from a post office box in Missouri an envelope bearing a return address of Larry Lowe, 3836 Gargac Lane, Granite City, IL 62024. A roll of 100 stamps was inside, along with another stamp order form, a flyer advertising a work from home opportunity, and a flyer selling a system for winning at casinos.

13. Inspector Gorham had the stamps field tested to determine if they were genuine, and the results demonstrated that the stamps were counterfeit.

14. On January 4, 2023 Inspector Gorham and Inspector Kory Kuba went to 3836 Gargac Lane, Granite City, Illinois to interview Larry Lowe concerning the counterfeit stamps.

15. During the interview, Defendant stated, among other things, that:

   a. He sells stamps to individuals nationwide and has been doing so for approximately six months;

   b. He did not know that the stamps were counterfeit;

   c. He purchases the stamps from a website and advertises them through flyers mailed to potential customers on mailing lists he has purchased on the internet;

   d. He works for himself and not at the direction of anyone else;

   e. Individuals purchase the stamps from him with cash or money orders and he keeps the money for himself, or uses it for his business; and

   f. He has approximately 23 rolls of 100 stamps each on hand.

16. Inspector Gorham told Defendant Lowe and his wife that the stamps being sold by Lowe are counterfeit. Defendant Lowe was warned to stop selling the counterfeit stamps.

17. At the conclusion of the interview, Defendant Lowe signed a voluntary discontinuance document in which he acknowledged that it is illegal to use, sell, possess, or

manufacture counterfeit stamps and agreed to cease his use and sale of counterfeit or invalid postage.

18. On June 4, 2024, Inspector Goram learned that Defendant Lowe was again sending order forms through the USPS mail advertising discounted USPS First-Class Mail Forever stamps.

19. On or about June 24, 2024, Inspector Gorham, using a fictional name and address, transmitted by USPS mail a completed order form to Defendant and enclosed a $65.00 Postal Money Order.

20. On or about July 3, 2024, Inspector Gorham retrieved from a post office box in Missouri an envelope bearing a return address of Larry Lowe, 3836 Gargac Lane, Granite City, IL 62024. Two rolls of 100 stamps each were inside, along with another stamp order form, a flyer advertising how to make $50, and a flyer on how to get free stamps.

21. Inspector Gorham subsequently sent the stamps received from Defendant Lowe on or about July 3, 2024 to the USPS's Forensic Laboratory Services office, which determined that the stamps were non-genuine postage stamps produced with commercial offset printing technology.

**COUNT I – Injunctive Relief (18 U.S.C. § 1345)**

22. The United States realleges and incorporates by reference all preceding paragraphs.

23. By virtue of the conduct described above, Defendant violated, is violating, and is about to violate 18 U.S.C. § 1341 by devising and executing a scheme or artifice to defraud or to obtain money or property by means of false or fraudulent pretenses, representations or promises, and for the purpose of executing the scheme or artifice or attempting to do so, the Defendant

placed in an authorized depository for mail matter any matter or thing to be sent or delivered by the Postal Service.

    24.    Upon a showing that Defendant is committing or is about to commit mail fraud, the United States is entitled, under 18 U.S.C. § 1345, to a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just in order to prevent a continuing and substantial injury to the victims of fraud.

    WHEREFORE, the United States requests entry of a permanent injunction barring Defendant from engaging, participating, or assisting in the advertisement or sale of counterfeit United States Postal Service postage stamps, and an order for such other and further relief as the Court shall deem just and proper.

    UNITED STATES OF AMERICA

STEVEN D. WEINHOEFT
United States Attorney

*/s/ Adam E. Hanna*
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
618-206-3510
adam.hanna@usdoj.gov